**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL D.J. EISENBERG, )<br>)<br>Petitioner, )<br>)  Civil Action No. 1:19-cv-03006-ABJ<br>)<br>v. )<br>)<br>WEST VIRGINIA OFFICE OF )<br>   DISCIPLINARY COUNSEL, )<br>   *Et al*. )<br>)<br>Respondents. )<br>) | |

**UNOPPOSED MOTION FOR ONE-DAY EXTENTION TO FILE RESPONSE BRIEF TO REPONDENTS' MOTION TO DISMISS**

      Petitioner, Michael D.J. Eisenberg, *pro se*, moves this Honorable Court for a one-week extension to file his aforementioned response.  Petitioner has contacted counsel for the Respondents and she does not object to this Motion.

      The current due date is January 24, 2020.  The new due date would be January 27, 2020.

      The Parties have jointly filed and been granted one extension to *File Rule 26(f) Report and Stay Discovery Pending Resolution of Motion to Dismiss Amended Complaint* and Petitioner has been granted three extension of time to file a pleading.  Petitioner is diligently working on his Reply.  As he is *pro se*, this brief is additional work to his already busy schedule.

      No party would be prejudiced by Granting this Motion.

      Wherefore, Petitioner's Motion for a one-day extension should be Granted.

Respectfully submitted,

Michael D.J. Eisenberg

Michael D.J. Eisenberg
*Pro Se*
D.C. Bar No. 4686251
Law Office of Michael D.J. Eisenberg
700 12th Street, N.W., Suite 700
Washington, DC 20005
O: (202) 558 - 6371
F: (202) 403 - 3430
**E-mail: Michael@Eisenberg-Lawoffice.com**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D.J. EISENBERG, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 1:19-cv-03006-ABJ |
| v. | ) |
| WEST VIRGINIA OFFICE OF<br>   DISCIPLINARY COUNSEL,<br>*Et al*. | ) |
| Respondents. | ) |

### ORDER

Based on Petitioner's unopposed motion for a one-week extension to file his brief, it is hereby **Ordered**:

Petitioner's Response Brief is due on January 27, 2020.

**SO ORDERED.**

_____
United States District Judge