IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D.J. EISENBERG, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:19-cv-03006-ABJ |
| WEST VIRGINIA OFFICE OF DISCIPLINARY COUNSEL, et al. | ) |
| Respondents. | ) |

**PETITIONER'S MOTION FOR ORAL ARGUMENTS ON
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Under Fed. R. Civ. P. 7(b) and L. Civ. R. 7(f), Petitioner moves for oral arguments on Defendants' Motion to Dismiss Amended Complaint**.**

This matter raises extraordinarily complex legal issues surrounding jurisdiction and constitutional law. Dismissal implicates Petitioner's own law practice, career, and reputation. Oral arguments will ensure this Court's resolution of Defendants' Motion to Dismiss Amended Complaint is based on a complete presentation of both parties' arguments in the most timely and efficient way possible. As discussed in Petitioner's concurrent Motion for Leave to File a Surreply, Respondents provided new law and facts that need to be properly addressed before this Court before it makes its ruling.

Before filing this motion, Petitioner exercised due diligence in conferring with Respondents, who expressed opposition.

Petitioner respectfully requests that each side be permitted 30 minutes to present their oral arguments.

Dated: February 9, 2020.

        Respectfully submitted,

        <u>/s/ Michael D.J. Eisenberg</u>
        Michael D.J. Eisenberg
        *Pro Se*
        D.C. Bar No. 4686251
        Law Office of Michael D.J. Eisenberg
        700 12th Street, N.W., Suite 700
        Washington, DC 20005
        O: (202) 558 - 6371
        F: (202) 403 - 3430
        E-mail: Michael@Eisenberg-Lawoffice.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D.J. EISENBERG, <br>     Pro se <br><br> Petitioner, <br><br> v. <br><br> WEST VIRGINIA OFFICE OF <br>     DISCIPLINARY COUNSEL, <br>     et al. <br><br> Respondents. | Civil Action No. 1:19-cv-03006-ABJ |

## **PROPOSED ORDER**

This matter is before the Court on Petitioner's February 9, 2020, Motion for Oral Arguments. Upon consideration of the parties' submissions, it is **ORDERED** that the Petitioner's Motion for Oral Arguments is **GRANTED.** Arguments will be held on _____, 2020, at _____ in Courtroom _____.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE


_____
Date